# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | BINYAMIN, EMMANUEL<br>d/b/a KAFFECCINO, LLC | §<br>§<br>§ | Case No. 09-09886 |
| | Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 03/16/2010 in Courtroom 644, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2010    By:    /s/NORMAN NEWMAN
                                  Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: BINYAMIN, EMMANUEL d/b/a | § | Case No. 09-09886 |
| | § | |
| KAFFECCINO, LLC | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,734.60 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 5,734.60 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                    *Proposed Payment*
                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Norman B. Newman, Trustee | $ 1,323.46 | $ |
| Attorney for trustee | Much Shelist, et.al. | $ 1,957.00 | $ 21.00 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                *Fees*               *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $ _____ $ _____
*Attorney for* _____ $ _____ $ _____
*Accountant for* _____ $ _____ $ _____
*Appraiser for* _____ $ _____ $ _____
*Other* _____ $ _____ $ _____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant                    Allowed Amt. of Claim   Proposed Payment*
                              N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,138.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.3 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | ComEd Co. | $ 1,296.41 | $ 120.68 |
| 2 | Mastercard Amalgamated Bank | $ 8,899.31 | $ 828.40 |
| 3 | Town & Country Pediatrics, SC | $ 733.50 | $ 68.28 |
| 4 | PYOD, LLC assignee of Citibank | $ 12,879.57 | $ 1,198.91 |
| 5 | Chase Bank USA NA | $ 2,329.74 | $ 216.87 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                             Allowed Amt. of Claim   Proposed Payment*
                               N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                             Allowed Amt. of Claim   Proposed Payment*
                               N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.


Prepared By: /s/NORMAN NEWMAN
                          Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: lhuley                 Page 1 of 2                   Date Rcvd: Feb 16, 2010
Case: 09-09886                 Form ID: pdf006              Total Noticed: 37


The following entities were noticed by first class mail on Feb 18, 2010.
db           +Emmanuel Binyamin,    6018 N. Whipple St.,    Chicago, IL 60659-2417
aty          +Martin J Wasserman,    Much Shelist Denenberg,    Ament & Rubenstein PC,    191 North Wacker Drive,
               Suite 1800,    Chicago, IL 60606-1631
aty          +Robert R Benjamin,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
               Chicago, IL 60604-2686
tr           +Norman B Newman,    Much Shelist Freed Denenberg,    191 North Wacker Drive Ste 1800,
               Chicago, IL 60606-1631
13682549     +Advocate Luther General Hosp.,    c/o Harris & Harris Ltd.,    222 Merchandise Mart Plaza Ste 1900,
               Chicago, IL 60654-1421
13682550     +Advocate Medical Group #12,    c/o Malcom S. Gerald & Associates,
               332 S. Michigan Ave., Suite 600,    Chicago, IL 60604-4318
13682551     +American Eagle Security, Inc.,    6844 West 95th Street,    Oak Lawn, IL 60453-2074
13682552      American Express Publishing,    PO Box 5043,    Des Plaines, IL 60017-5043
13682553      Baily Banks & Biddle,    PO Box 689182,    Des Moines, IA 50368-9182
14521323      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
13682556      Citi,   PO Box 689020,    Des Moines, IA 50368-9020
13682557      CitiCards,    PO Box 6000,    The Lakes, NV 89163-6000
14024955      City of Des Plaines,    Hearing Division,    1420 Miner/Northwest Highway,    Des Plaines, IL 60016
13682558     +CocaCola Enterprises Bottling Co.,    521 Lake Kathy Drive,    Brandon, FL 33510-3945
13682561      ComEd,   c/o Van Ru,    PO Box 618,    Park Ridge, IL 60068-0618
13682559     +Comar Properties,    1 S. 660 Midwest Rd.,    Villa Park, IL 60181-4458
13682564     +EMC Mortgage Corp.,    PO Box 293150,    Lewisville, TX 75029-3150
13682565     +George Tannous,    2948 S. Briarwood Drive,    Mount Prospect, IL 60056-5403
13682567     +Green Point Mortgage,    PO Box 84013,    Columbus, GA 31908-4013
13682568     +Hana Shamount,    Bushra Shamoun,    8719 N. Keystone,    Skokie, IL 60076-2135
13682569     +JPMorgan Chase,    PO Box 78052,    Phoenix, AZ 85062-8052
13682571     +M&T Bank,    PO Box 1288,    Buffalo, NY 14240-1288
13682573      Mastercard Amalgamated Bank,    PO Box A3979,    Chicago, IL 60690-3979
13682574     +Merrill Lynch,    PO Box 2019,    Lakewood, NJ 08701-8019
13682575     +Northshore University Healthsystem,    9532 Eagle Way,    Chicago, IL 60678-0001
14351864     +PYOD LLC its successors and assigns,    c/o Resurgent Capital Services,    Po Box 19008,
               Greenville, SC 29602-9008
14024956     +Praxair Distribution Inc,    Dept Ch 10060,    Palatine, IL 60055-0001
14024957     +Smithereen Pest Management,    7400 N Melvina Ave,    Niles, IL 60714-3908
13682577     +Specialized Loan Servicing, LLC,    8742 Lucent Blvd.,    Suite 300,
               Highlands Ranch, CO 80129-2386
13682578     +Tarrington Place Comm. Assn.,    c/o Brian E. Ditsch, Sacks Tierney,
               4250 N. Drinkwater Blvd. 4th,    Scottsdale, AZ 85251-3693
13682579     +Town & Country Pediatrics, SC,    1460 N. Halsted Ave. Suite 402,    Chicago, IL 60642-2607
13682580     +Town and Countyry Pediatrics SC,    2073 N. Clybourn Ave.,    Chicago, IL 60614-4003
14024958     +Turano Baking Co,    6501 W Roosevelt Rd,    Berwyn, IL 60402-1100
13682581     +Wilson Georges,    5346 W. Byron St.,    Chicago, IL 60641-2681
The following entities were noticed by electronic transmission on Feb 16, 2010.
13682560      E-mail/Text: legalcollections@comed.com                            ComEd,   Bill Payment Center,
               Chicago, IL 60668-0001
13682562     +E-mail/Text: legalcollections@comed.com                            ComEd,
               c/o Torres Credit Services Inc.,    PO Box 189,    Carlisle, PA 17013-0189
13901148     +E-mail/Text: legalcollections@comed.com                            ComEd Co.,    2100 Swift Drive,
               Attn.: Bankruptcy Section/Revenue Mgmt.,    OakBrook, IL 60523-1559
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13682554      Binyamin A. Binyamin
13682555      Chase,   Cardmember Service,    PO Box 15153,    DE 19998-5153
13682563      Edmond Aniel
13682566      George Tannous
13682570      Kaffeccino, LLC
13682572      Maria Johnson
13682576      Rommel Eliah
13682582      Wilson Georges
                                                                                               TOTALS: 8, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: lhuley               Page 2 of 2           Date Rcvd: Feb 16, 2010
Case: 09-09886                Form ID: pdf006            Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 18, 2010**                          **Signature:**   /s/ Joseph Speetjens