# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: BINYAMIN, EMMANUEL | § Case No. 09-09886 |
| | § |
| KAFFECCINO, LLC | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $215,357.01 |
| Total Distribution to Claimants: $2,428.32 | Claims Discharged Without Payment: $23,710.21 |
| Total Expenses of Administration: $3,306.62 | |

3) Total gross receipts of $ 5,734.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,734.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $641,151.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,306.62 | 3,306.62 | 3,306.62 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 73,341.23 | 26,138.53 | 26,138.53 | 2,428.32 |
| **TOTAL DISBURSEMENTS** | $714,492.23 | $29,445.15 | $29,445.15 | $5,734.94 |

4) This case was originally filed under Chapter 7 on March 23, 2009. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2010     By: /s/NORMAN NEWMAN
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1229-000 | 5,732.90 |
| Interest Income | 1270-000 | 2.04 |
| **TOTAL GROSS RECEIPTS** | | **$5,734.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JPMorgan Chase | 4110-000 | 111,679.00 | N/A | N/A | 0.00 |
| Hana Shamount Bushra Shamoun | 4110-000 | 50,000.00 | N/A | N/A | 0.00 |
| M&T Bank | 4110-000 | 100,241.00 | N/A | N/A | 0.00 |
| Merrill Lynch | 4110-000 | 29,420.00 | N/A | N/A | 0.00 |
| M&T Bank | 4110-000 | 349,811.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$641,151.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 1,323.46 | 1,323.46 | 1,323.46 |
| Much Shelist, et.al. | 3110-000 | N/A | 1,957.00 | 1,957.00 | 1,957.00 |
| Much Shelist, et.al. | 3120-000 | N/A | 21.00 | 21.00 | 21.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 5.16 | 5.16 | 5.16 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,306.62 | 3,306.62 | 3,306.62 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

UST Form 101-7-TDR (9/1/2009)

**EXHIBIT 7 —GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ComEd Co. | 7100-000 | 3,028.18 | 1,296.41 | 1,296.41 | 120.44 |
| Mastercard Amalgamated Bank | 7100-000 | 17,798.62 | 8,899.31 | 8,899.31 | 826.76 |
| Town & Country Pediatrics, SC | 7100-000 | 607.00 | 733.50 | 733.50 | 68.14 |
| PYOD, LLC assignee of Citibank | 7100-000 | 25,096.64 | 12,879.57 | 12,879.57 | 1,196.54 |
| Chase Bank USA NA | 7100-000 | 4,659.48 | 2,329.74 | 2,329.74 | 216.44 |
| Northshore University Healthsystem | 7100-000 | 141.00 | N/A | N/A | 0.00 |
| Northshore University Healthsystem | 7100-000 | 7.44 | N/A | N/A | 0.00 |
| Northshore University Healthsystem | 7100-000 | 588.00 | N/A | N/A | 0.00 |
| Northshore University Healthsystem | 7100-000 | 1,204.00 | N/A | N/A | 0.00 |
| Praxair Distriubiton, Inc. | 7100-000 | 62.60 | N/A | N/A | 0.00 |
| Green Point Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| Smithereen Pest Management | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| George Tannous | 7100-000 | unknown | N/A | N/A | 0.00 |
| Turano Baking Co. | 7100-000 | 649.54 | N/A | N/A | 0.00 |
| Wilson Georges | 7100-000 | unknown | N/A | N/A | 0.00 |
| Wilson Georges | 7100-000 | unknown | N/A | N/A | 0.00 |
| Tarrington Place Comm. Assn. c/o Brian E. Ditsch, Sacks | 7100-000 | unknown | N/A | N/A | 0.00 |
| Specialized Loan Servicing, LLC | 7100-000 | 7,530.96 | N/A | N/A | 0.00 |
| Baily Banks & Biddle | 7100-000 | 4,095.26 | N/A | N/A | 0.00 |
| EMC Mortgage Corp. | 7100-000 | unknown | N/A | N/A | 0.00 |
| Advocate Luther General Hosp. c/o Harris & Harris Ltd. | 7100-000 | 395.12 | N/A | N/A | 0.00 |
| Advocate Medical Group #12 c/o Malcom S. Gerald & Associates | 7100-000 | 134.68 | N/A | N/A | 0.00 |
| American Eagle Security, Inc. | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| City of Des Plaines Hearing Division | 7100-000 | 978.00 | N/A | N/A | 0.00 |
| CocaCola Enterprises Bottling Co. | 7100-000 | 140.49 | N/A | N/A | 0.00 |
| Citi | 7100-000 | 43.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Comar Properties | 7100-000 | 6,011.74 | N/A | N/A | 0.00 |
| American Express Publishing | 7100-000 | 59.48 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 73,341.23 | 26,138.53 | 26,138.53 | 2,428.32 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-09886 | Trustee: | (330560) NORMAN NEWMAN |
| --- | --- | --- | --- |
| Case Name: | BINYAMIN, EMMANUEL | Filed (f) or Converted (c): | 03/23/09 (f) |
| | | §341(a) Meeting Date: | 04/30/09 |
| Period Ending: | 06/16/10 | Claims Bar Date: | 10/08/09 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | BANK ACCOUNTS | 500.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL AND JEWELRY | 300.00 | 0.00 | | 0.00 | FA |
| 4 | FIREARMS AND HOBBY EQUIPMENT (SIG 45) | 500.00 | 0.00 | | 0.00 | FA |
| 5 | FIREARMS AND HOBBY EQUIPMENT (BARRETTA 9MM) | 150.00 | 0.00 | | 0.00 | FA |
| 6 | FIREARMS AND HOBBY EQUIPMENT (12 GUAGE SHOTGUN) | 100.00 | 0.00 | | 0.00 | FA |
| 7 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 8 | PENSION PLANS & PROFIT SHARING (C.E. NEIHOFF) | 10,231.53 | 0.00 | | 0.00 | FA |
| 9 | PENSION PLANS & PROFIT SHARING (ESOP RETIREMENT) | 198,575.48 | 0.00 | | 0.00 | FA |
| 10 | STOCK INTERESTS (1,000 SHARES EFOORA, INC.) | 1.00 | 1.00 | | 0.00 | FA |
| 11 | BUSINESS INTERESTS (KAFFECCINO, INC.) | 1.00 | 1.00 | | 0.00 | FA |
| 12 | AUTOMOBILES (NISSAN MAXIMA) | 2,500.00 | 0.00 | | 0.00 | FA |
| 13 | AUTOMOBILES (2002 YAMAHA) | 1,500.00 | 0.00 | | 0.00 | FA |
| 14 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 15 | BANK ACCOUNTS (u) | 5,732.90 | 5,732.90 | | 5,732.90 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.04 | Unknown |
| 16 | Assets Totals (Excluding unknown values) | $228,591.91 | $13,234.90 | | $5,734.94 | $0.00 |

**Major Activities Affecting Case Closing:**

Submitted TFR for review.

Printed: 06/16/2010 02:50 PM  V.12.08

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 09-09886 | | Trustee: | (330560) NORMAN NEWMAN |
|---|---|---|---|---|
| Case Name: | BINYAMIN, EMMANUEL | | Filed (f) or Converted (c): | 03/23/09 (f) |
| | | | §341(a) Meeting Date: | 04/30/09 |
| Period Ending: 06/16/10 | | | Claims Bar Date: | 10/08/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    February 28, 2010    Current Projected Date Of Final Report (TFR):    February 28, 2010

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-09886 | | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | BINYAMIN, EMMANUEL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*75-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*9127 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/16/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/22/09 | {15} | CHASE BANK | TURNOVER OF BANK FUNDS HELD DUE TO CITATION TO DISCOVER ASSETS | 1229-000 | 5,732.90 | | 5,732.90 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 5,732.96 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 5,733.20 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 5,733.44 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,733.67 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.23 | | 5,733.90 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 5,734.14 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.24 | | 5,734.38 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 5,734.60 |
| 02/19/10 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #09-09886, Bond #016026455 | 2300-000 | | 5.16 | 5,729.44 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,729.65 |
| 03/16/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.13 | | 5,729.78 |
| 03/16/10 | | To Account #\*\*\*\*\*\*\*\*7566 | Account Transfer | 9999-000 | | 5,729.78 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 5,734.94 | 5,734.94 | $0.00 |
| Less: Bank Transfers | 0.00 | 5,729.78 | |
| Subtotal | 5,734.94 | 5.16 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $5,734.94 | $5.16 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 09-09886
Case Name: BINYAMIN, EMMANUEL

Taxpayer ID #: **-***9127
Period Ending: 06/16/10

Trustee: NORMAN NEWMAN (330560)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****75-66 - Checking Account
Blanket Bond: $5,000,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/16/10 | | From Account #********7565 | Account Transfer | 9999-000 | 5,729.78 | | 5,729.78 |
| 03/16/10 | 101 | Norman B. Newman, Trustee | Dividend paid 100.00% on $1,323.46, Trustee Compensation; Reference: | 2100-000 | | 1,323.46 | 4,406.32 |
| 03/16/10 | 102 | Much Shelist, et.al. | Dividend paid 100.00% on $1,957.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,957.00 | 2,449.32 |
| 03/16/10 | 103 | Much Shelist, et.al. | Dividend paid 100.00% on $21.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 21.00 | 2,428.32 |
| 03/16/10 | 104 | ComEd Co. | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 120.44 | 2,307.88 |
| 03/16/10 | 105 | Mastercard Amalgamated Bank | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 826.76 | 1,481.12 |
| 03/16/10 | 106 | Town & Country Pediatrics, SC | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 68.14 | 1,412.98 |
| 03/16/10 | 107 | PYOD, LLC assignee of Citibank | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 1,196.54 | 216.44 |
| 03/16/10 | 108 | Chase Bank USA NA | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 216.44 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 5,729.78 | 5,729.78 | $0.00 |
| Less: Bank Transfers | 5,729.78 | 0.00 | |
| Subtotal | 0.00 | 5,729.78 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $5,729.78 | |

{} Asset reference(s)

Printed: 06/16/2010 02:50 PM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 09-09886 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | BINYAMIN, EMMANUEL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******75-66 - Checking Account |
| Taxpayer ID #: | **-***9127 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/16/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****75-65 | 5,734.94 | 5.16 | 0.00 |
| Checking # ***-*****75-66 | 0.00 | 5,729.78 | 0.00 |
| Checking # 9200-******75-66 | 0.00 | 0.00 | 0.00 |
| | $5,734.94 | $5,734.94 | $0.00 |

{} Asset reference(s)   Printed: 06/16/2010 02:50 PM   V.12.08

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

# BNY MELLON

**Statement Period**
May 1 - May 31, 2010

**09-09886**
**BINYAMIN, EMMANUEL**
**NORMAN B NEWMAN (0000330560)**
**TRUSTEE**
191 N. WACKER DR.
SUITE 1800
CHICAGO, IL 60606

For Customer Service
Call 1-800-634-7734, Ext. 8
Email BMSBankingCenter@bms7.com

## CONSOLIDATED BALANCE SUMMARY

|  | Maturity Date | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| **CHECKING ACCOUNT** | | | |
| 92000960137566 | | $0.00 | $0.00 |
| **Total** | | $0.00 | $0.00 |

### Important Information Regarding Your Account

IN OBSERVANCE OF THE 4TH OF JULY HOLIDAY, BNY MELLON AND THE BMS BANKING CENTER WILL BE CLOSED ON MONDAY, JULY 5TH. ALL TRANSACTIONS CONDUCTED ON THIS DAY WILL BE POSTED THE FOLLOWING BUSINESS DAY. THE BMS BANKING CENTER IS AVAILABLE MONDAY THROUGH FRIDAY FROM 8AM TO 7PM EST. FOR ASSISTANCE WITH ALL OF YOUR BANKING NEEDS, PLEASE CALL (800) 634-7734, OPTION 8.

Case 09-09886    Doc 46    Filed 07/02/10    Entered 07/02/10 13:22:07    Desc Main
Document    Page 13 of 13

BNY MELLON
PO BOX 535413
PITTSBURGH, PA 15253-5413

**BNY MELLON**

**Statement Period**
May 1 - May 31, 2010

**09-09886**
**BINYAMIN, EMMANUEL**
**NORMAN B NEWMAN (0000330560)**

## CHECKING ACCOUNT SUMMARY                                           Account No. 92000960137566

|  | Instances | Amount |
|---|---|---|
| **Beginning Balance** |  | $0.00 |
| Deposits and Additions | 0 | $0.00 |
| Withdrawals | 0 | $(0.00) |
| **Ending Balance** | 0 | $0.00 |